UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI REYNOLDS, *et al.*, | Case No.   1:23-cv-00538-JLT-EPG |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A PRISONER ACTION |
| v. | |
| JENNIFER LORIN JOHNSON, *individually and as purported successor in interest to Decedent Travis Segebart, et al.*, | |
| Defendants. | |

Plaintiffs Sherri Reynolds and Lynn Reynolds ("Plaintiffs") bring claims both individually and as purported co-successors in interest for violations of civil rights arising from the death of their son, Travis Segebart ("Decedent") pursuant to 42 U.S.C. § 1983 and state law. (ECF No. 1).

This case was originally administratively designated as 440 Civil Rights: Other. However, a review of the complaint indicates that the present action involves survival claims for violations of federal civil rights and state law that occurred while Decedent was confined as a pretrial detainee. The administrative designation should therefore be updated to 550 Civil Rights.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to administratively redesignate this matter from 440 Civil Rights: Other to 550 Civil Rights and;

//

2. The case number in this action shall be updated as follows: Case No. 1:23-cv-00538-JLT-EPG (PC).

IT IS SO ORDERED.

Dated:   **April 11, 2023**                     /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2