UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI REYNOLDS, individually, and LYNN SEGEBART, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MADERA, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00538-JLT-EPG (PC)<br><br>**ORDER FOR DEFENDANT WELLPATH TO FILE STATUS REPORTS**<br><br>**AND**<br><br>**ORDER FOR ADDITIONAL BRIEFING RELATED TO STAY** |

Plaintiffs Sherri Reynolds and Lynn Segebart are proceeding against Defendants County of Madera, Wellpath, LLC, and nominal Defendant Jennifer Lorin Johnson. All parties are represented by counsel. Plaintiffs contend that entity Defendants were deliberately indifferent to the Decedent's serious medical needs and wrongfully interfered with their familial relationship with the Decedent by causing the Decedent to be subjected to unsafe conditions of confinement, despite his substantially elevated risk of committing suicide. (ECF No. 24).

Defendant Wellpath, LLC filed a notice of bankruptcy on November 13, 2024. (ECF No. 34.) At this time, and until further notice, Plaintiff's claims against Defendant Wellpath are **STAYED.** *See* 11 U.S.C. § 362. Defendant Wellpath, LLC shall file a status report within ninety days of the date of this order, and every ninety days thereafter, to advise the Court of the status of the bankruptcy proceedings.

In addition, within 14 days of this order all parties shall file a response as to whether the claims against other Defendants should be stayed as well.

1

Based on the foregoing, **IT IS ORDERED** that:

1. Plaintiffs' claims against Defendant Wellpath, LLC are STAYED. *See* 11 U.S.C. § 362.
2. Defendant Wellpath, LLC shall file a status report within ninety days of the date of this order, and every ninety days thereafter, to advise the Court of the status of the bankruptcy proceedings.
3. Within 14 days of this order, all parties shall file a response as to whether the claims against other Defendants should be stayed as well.

IT IS SO ORDERED.

Dated: __**December 27, 2024**__        /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

2