# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SHERRI REYNOLDS, individually, and LYNN SEGEBART, individually,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MADERA, a public entity; DOES 1-25, jointly and severally; WELLPATH, LLC; Nominal Defendant JENNIFER LORIN JOHNSON, individually and as purported successor in interest to Decedent TRAVIS SEGEBART; and, DOES 26-50, jointly and severally,<br><br>　　　　Defendants. | Case No.: 1:23-cv-00538-JLT-EPG<br><br>STIPULATION; ORDER FOR THE FILING BY PLAINTIFFS OF A FIRST AMENDED COMPLAINT SUBSTITUTING IN CALIFORNIA FORENSIC MEDICAL GROUP, INC. FOR ONE PREVIOUSLY NAMED DOE DEFENDANT<br><br>(ECF No. 65) |

　　　Plaintiffs Sherri Reynolds and Lynn Segebart, Defendant County of Madera, Defendant Wellpath, LLC, and Nominal Defendant Jennifer Lorin Johnson, by and through their undersigned counsel of record, respectfully stipulate as follows:

　　　Following the bankruptcy proceedings of Defendant Wellpath, LLC, information was presented that indicated there is an additional party, California Forensic Medical Group, Inc. ("CFMG"), which is a required party under Federal Rule of Civil Procedure 19(a), who should be substituted in for DOE Defendant 1. CFMG is an entity that is separate and distinct from Defendant WELLPATH, LLC

　　　The parties respectfully stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2),

that Plaintiffs may file a First Amended Complaint, which substitutes in California Forensic Medical Group, Inc., for DOE Defendant 1.

**IT IS SO STIPULATED AND AGREED.**

                                              Respectfully submitted,

Dated: October 7, 2025         **LAW OFFICE OF SANJAY S. SCHMIDT**
                                              -and-
                                              **HELM LAW OFFICE, PC**

                                              */s/ Sanjay S. Schmidt*
                                              By: SANJAY S. SCHMIDT
                                              Attorney for Plaintiffs

Dated: October 7, 2025         **WEAKLEY & ARENDT, APC**


                                              */s/ Matthew Bunting\**
                                              By: MATTHEW BUNTING
                                              Attorneys for Defendant COUNTY OF MADERA

Dated: October 7, 2025         **MEDICAL DEFENSE LAW GROUP**

                                              */s/ Paul A. Cardinale\**
                                              By: PAUL A. CARDINALE
                                              Attorneys for Defendant WELLPATH, LLC

Dated: October 7, 2025         **LAW OFFICES OF GREG W. GARROTTO**

                                              */s/ Greg W. Garrotto\**
                                              By: GREG W. GARROTTO
                                              Attorneys for Nominal Defendant
                                              Jennifer Lorin Johnson

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

**ORDER**

Based on the parties' stipulation (ECF No. 65), IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file a First Amended Complaint, which substitutes in California Forensic Medical Group, Inc., for DOE Defendant 1, as set forth in the stipulation above.

IT IS SO ORDERED.

Dated: **October 7, 2025**           /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE