UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI REYNOLDS, individually, and LYNN SEGEBART, individually<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MADERA, a public entity; DOES 2–25, jointly and severally; CALIFORNIA FORENSIC MEDICALGROUP, Inc., a California corporation; WELLPATH, LLC, a Delaware corporation; Nominal Defendant JENNIFER LORIN JOHNSON, individually and as purported successor in interest to Decedent TRAVISSEGEBART; and, DOES 26-50, jointly and severally,,<br><br>Defendants. | Case No.   1:23-cv-00538-JLT-EPG<br><br>ORDER REGARDING STIPULATION OF DISMISSAL OF CLAIMS AGAINST WELLPATH, LLC AND CALIFORNIA FORENSIC MEDICAL GROUP, INC.<br><br>ORDER REQUIRING COUNTY OF MADERA TO FILE POSITION ON STIPULATION, OR A STIPULATION SIGNED BY ALL PARTIES WHO HAVE APPEARED<br><br>(ECF No. 76) |

On November 17 ,2025, the Plaintiffs Sherri Reynolds and Lynn Segebart and Defendants Wellpath, LLC. and California Forensic Medical Group, Inc. filed a joint stipulation dismissing the claims against Defendants Wellpath, LLC and California Medical Group, Inc. with prejudice and without an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(2)[1]. (ECF No. 76) .

However, Fed. R. Civ. P. 41(a)(1)(A)(ii) requires that a stipulation of dismissal be "signed by all parties who have *appeared*." (emphasis added).  The joint stipulation that was filed lacks a

---

[1] The parties' filing (ECF No. 76) refers to Fed R. Civ. P. 41(a)(2).  However, Fed R. Civ. P. 41(a)(1)(A)(ii) is the provision that applies here because it addresses dismissal of an action based on "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

signature from counsel representing Defendant County of Madera, who has made an appearance in this action. As such, a signature is required from Defendant County of Madera before the claims against Defendants Wellpath, LLC. and California Forensic Medical Group, Inc. may be voluntarily dismissed by a joint stipulation.

Accordingly, no later than December 17, 2025, Defendant County of Madera shall file a signed document reflecting its approval or disapproval of Plaintiff's request for dismissal with prejudice against Defendants Wellpath, LLC. and California Forensic Medical Group, Inc. (ECF No. 76).

Alternatively, by no later than December 17, 2025, the parties may file a stipulation of dismissal signed by all parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  **November 18, 2025**               /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE