UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI REYNOLDS, individually, and LYNN SEGEBART, individually<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MADERA, a public entity; DOES 2–25, jointly and severally; CALIFORNIA FORENSIC MEDICALGROUP, Inc., a California corporation; WELLPATH, LLC, a Delaware corporation; Nominal Defendant JENNIFER LORIN JOHNSON, individually and as purported successor in interest to Decedent TRAVISSEGEBART; and, DOES 26-50, jointly and severally,,<br><br>Defendants. | Case No. 1:23-cv-00538-JLT-EPG<br><br>ORDER GRANTING VOLUNTARY DISMISSAL OF NOMINAL DEFENDANT JOHN'S CLAIMS AGAINST WELLPATH, LLC AND CALIFORNIA FORENSIC MEDICAL GROUP, INC.<br><br>(ECF No. 79) |

On November 17, 2025, the nominal Defendant Jennifer Lorin Johnson and Defendants Wellpath, LLC. and California Forensic Medical Group, Inc. filed a joint stipulation dismissing all claims filed by nominal Defendant Johnson against Defendants Wellpath, LLC and California Medical Group, Inc. with prejudice and without an award of costs and attorneys' fees. (ECF No. 76).

Because Fed. R. Civ. P. 41(a)(1)(A)(ii) requires that a stipulation of dismissal be "signed by all parties who have appeared," on November 18, 2025, the Court issued an order directing Defendant County of Madera to file a signed document reflecting its approval or disapproval of nominal Defendant's request for dismissal with prejudice, or a stipulation of dismissal signed by

1

all parties who have appeared in this action in compliance with Rule 41(a)(1)(A)(ii). (ECF No. 76)

On November 24, 2025, the parties filed a joint stipulation dismissing all claims filed by nominal Defendant against Defendants Wellpath, LLC. and California Forensic Medical Group, Inc. with prejudice and without an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(2). (ECF No. 79). The stipulation was signed by all parties who have appeared in the action, including Plaintiffs and Defendant County of Madera.

Upon consideration of the parties' stipulation, the claims against Defendants Wellpath, LLC and California Forensic Medical Group, Inc. that were filed by nominal Defendant Johnson have been dismissed with prejudice and without an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the pending Request for Clarification filed on November 19, 2025 (ECF No. 78) is DENIED as moot.

IT IS SO ORDERED.

Dated: **November 25, 2025**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2