UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI REYNOLDS, individually, and LYNN SEGEBART, individually<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MADERA, a public entity; DOES 2–25, jointly and severally; CALIFORNIA FORENSIC MEDICALGROUP, Inc., a California corporation; WELLPATH, LLC, a Delaware corporation; Nominal Defendant JENNIFER LORIN JOHNSON, individually and as purported successor in interest to Decedent TRAVISSEGEBART; and, DOES 26-50, jointly and severally,,<br><br>Defendants. | Case No. 1:23-cv-00538-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF CLAIMS OF PLAINTIFFS SHERRI REYNOLDS AND LYNN SEGEBART<br><br>(ECF No. 84).<br><br><br>ORDER DIRECTING CLERK OF THE COURT TO CHANGE CAPTION |

On February 15, 2026, the parties filed a joint stipulation to dismiss with prejudice "claims of Plaintiffs Sherri Reynolds and Lynn Segebart in view of settlement and performance of settlement terms." (ECF No. 84). The parties stipulated to the following

[I]n view of the full and final settlement of the claims of Plaintiffs Sherri Reynolds and Lynx Segebart, and in view of the full and final settlement of the claims of Plaintiffs Sherri Reynolds and Lynn Segebart, and in view of receipt of the settlement proceeds by these Plaintiffs from Defendnats, the Parties respectfully stipulate to the dismissal of all claims asserted by Plaintiffs Sherri Reynolds and Lynn Segebart only, with prejudice, with all parties to bear their own costs and fees as to this dismissal relating to all claims asserted by Plaintiffs Sherri Reynolds and Lynn Segebart against all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

(*Id.* at 2).

Therefore, in light of the parties' stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by Plaintiffs Sherri Reynolds and Lynn Segebart against Defendants are terminated.

The Clerk of the Court is respectfully directed to indicate on the docket that Plaintiffs Sherri Reynolds and Lynn Segebart only are terminated from this action.

However, the claims of nominal defendant Jennifer Lorin Johnson against defendants remain pending.  Therefore, the Clerk of the Court shall indicate on the caption that Jennifer Lorin Johnson is now Plaintiff/Nominal Defendant.

IT IS SO ORDERED.

Dated:   **February 17, 2026**　　　　　 /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2